```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA            :
                                    :          99 Cr. 1159
        -v-                         :
                                    :          ORDER
                                    :
LEONARD JOHNSON,                    :
                                    :
        Defendant.                  :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Before the Court is the pro se motion of defendant Leonard Johnson for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). By way of background, Johnson, who is 53 years old, filed this motion in two letters to the Court respectively dated July 7, 2020, Dkt. No. 67, and August 11, 2020, Dkt. No. 68. Neither letter set forth any specific reason why Johnson would qualify for compassionate release. Accordingly, in a letter dated August 21, 2020, the Court instructed Johnson that if he would like to pursue the motion further, he should send the Court another letter identifying why he qualifies for compassionate release. Johnson replied by way of another letter dated December 23, 2020, in which he explained that his "medical condition" is an enlarged prostate, "which could spread into cancer." Dkt. No. 72.

To qualify for compassionate release, a defendant must demonstrate, among other things, that extraordinary and compelling reasons warrant a sentence reduction. 18 U.S.C. § 3582(c)(1)(a). The

1

Court holds that Johnson has failed to make that showing here. His motion, therefore, is denied.

    SO ORDERED.

Dated: New York, NY
      January 11, 2021
                                        JED S. RAKOFF, U.S.D.J.