```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                                    :   99-cr-1159 (JSR)
       -v-                          :
                                    :   ORDER
                                    :
LEONARD JOHNSON,                    :
                                    :
              Defendant.            :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Familiarity with the background to this case is assumed. As relevant here, on January 11, 2021, the Court denied defendant Leonard Johnson's motion for compassionate release, finding that he had not identified a reason why he qualifies for compassionate release. ECF 73.

Now before the Court is Johnson's pro se motion for compassionate release on the ground that Congress's amendment in the First Step Act to the sentence "stacking" provisions of 18 U.S.C. § 924(c) constitutes an "extraordinary and compelling" reason warranting relief under 18 U.S.C. § 3582(c). ECF 75 at 9. Johnson has also filed a motion for leave to exceed the page limit on his motion for compassionate release. ECF 74. Good cause existing, the Court grants Johnson's motion for leave to exceed the page limit on his pro se motion for compassionate release, ECF 75.

Having considered the arguments set forth in Johnson's motion, the Court believes that appointment of counsel would aid the Court

1

in assessing Johnson's request for relief. Accordingly, the representation of Johnson in the above-captioned matter is assigned to the C.J.A. attorney on duty today, July 27, 2021, Matthew Galluzzo, for the purposes of supplementing, if deemed necessary, the pro se motion for compassionate release.

    Counsel for the defense and the Government are directed to jointly call Chambers on or before Monday August 2, 2021 at 4:30 p.m. to set up a briefing schedule for the motion.

    SO ORDERED

Dated:   New York, NY
           July 27, 2021

                                          JED S. RAKOFF, U.S.D.J.